

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 18-CR-00728 |
| v. | |
| ROMEO BLACKMAN, TERRANCE SMITH, and JOLICIOUS TURMAN | Judge John Robert Blakey |
| Defendants. | |

## SUPPLEMENTAL FINDINGS INSTRUCTIONS

SUPPLEMENTAL INSTRUCTION 1

In reaching your verdicts on Count One, you found certain murder(s) and attempted murder(s) proven. Count One of the Indictment includes supplemental allegations about the particular circumstances of these murders and attempted murders. These allegations will be referred to in these instructions as "Supplemental Allegations."

Now that you have reached your verdict on Count One as to each defendant, you must determine whether the government has proven the Supplemental Allegations beyond a reasonable doubt as to that defendant.

A verdict of guilty as to Count One of the Indictment does not require a determination that the government has proven any of the Supplemental Allegations. The government has the burden of proving any Supplemental Allegations beyond a reasonable doubt, and this burden remains on the government throughout the case. The defendants are not required to disprove the Supplemental Allegations.

You must consider each Supplemental Allegation and each defendant separately. Your decision regarding any Supplemental Allegation should not control your decision as to any other Supplemental Allegation or any other defendant. You must consider the evidence separately.

Certain defendants have been accused of more than one Supplemental Allegation. The number of allegations is not evidence of guilt and should not influence your decision.

These instructions supplement, but do not replace, the general jury instructions you have already been provided. The general jury instructions also apply to your consideration of the Supplemental Allegations.

SUPPLEMENTAL INSTRUCTION 2

Because you have found defendant Romeo Blackman liable for the first-degree murders of Stanley Bobo, Krystal Jackson, Andre Donner, Davon Horace, and Gerald Sias, and you have found defendant Terrance Smith liable for the first-degree murders of Stanley Bobo and Krystal Jackson, and you have found defendant Jolicious Turman liable for the first-degree murder of Kenneth Whittaker, you must now determine as to each defendant whether each murder was committed in a cold, calculated and premeditated manner pursuant to a preconceived plan, scheme, and design to take a human life by unlawful means, creating a reasonable expectation that the death of a human being would result therefrom.

To prove the Supplemental Allegation that a first-degree murder was committed in a cold, calculated, and premeditated manner pursuant to a preconceived plan, scheme, and design to take a human life by unlawful means, creating a reasonable expectation that the death of a human being would result therefrom, the government must prove the following propositions as to the defendant and murder you are considering:

1. The defendant at the time of the commission of the offense of first-degree murder had attained the age of 18 or more; and

2. The conduct of that defendant created a reasonable expectation that the death of a human being would result therefrom; and

3. The murder was committed in a cold, calculated, and premeditated manner pursuant to a preconceived plan, scheme, or design to take a human life by unlawful means.

"Cold" means not motivated by mercy or the emotion of the moment.

"Calculated and premeditated manner pursuant to a preconceived, plan, scheme, or design" means deliberated or reflected upon for an extended period of time.

If you find from your consideration of all the evidence that the government has proven each of these propositions beyond a reasonable doubt as to the defendant and murder you are considering, you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Proven."

If you find from your consideration of all the evidence that the government has failed to prove any one of these propositions beyond a reasonable doubt as to the defendant and murder you are considering, then you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Not Proven."

SUPPLEMENTAL INSTRUCTION 3

Because you have found defendant Romeo Blackman liable for the first-degree murders of Andre Donner and Davon Horace, and you have found defendant Terrance Smith liable for the first-degree murder of Krystal Jackson, then with respect to each murder above, you must determine whether each defendant committed such murder(s) by personally discharging a firearm that proximately caused great bodily harm, permanent disability, permanent disfigurement, or death to another person.

A person is considered to have "personally discharged a firearm" when he, while armed with a firearm, knowingly and intentionally fires a firearm causing the ammunition projectile to be forcefully expelled from the firearm.

The term "proximate cause" means any cause which, in the natural or probable sequence, produced great bodily harm, permanent disability, permanent disfigurement or death.

If you find from your consideration of all the evidence that the government has proven this Supplemental Allegation beyond a reasonable doubt as to the defendant and murder you are considering, you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Proven."

If you find from your consideration of all the evidence that the government has failed to prove this Supplemental Allegation beyond a reasonable doubt as to the defendant and murder you are considering, then you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Not Proven."

4

SUPPLEMENTAL INSTRUCTION 4

Because you have found defendant Terrance Smith liable for the first-degree murder of Stanley Bobo, you must determine, with respect to that murder, whether defendant Terrance Smith intentionally discharged a firearm from a motor vehicle and the victim was not present within the motor vehicle.

If you find from your consideration of all the evidence that the government has proven this Supplemental Allegation beyond a reasonable doubt as to the murder of Stanley Bobo, you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Proven."

If you find from your consideration of all the evidence that the government has failed to prove this Supplemental Allegation beyond a reasonable doubt as to the murder of Stanley Bobo, then you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Not Proven."

SUPPLEMENTAL INSTRUCTION 5

Because you have found defendant Terrance Smith liable for the attempted first-degree murders of Erin Ross and Thomas Turnage, you must determine, with respect to each attempted murder, whether defendant Smith committed that attempted murder by personally discharging a firearm that proximately caused great bodily harm, permanent disability, or permanent disfigurement to another person.

A person is considered to have "personally discharged a firearm" when he, while armed with a firearm, knowingly and intentionally fires a firearm causing the ammunition projectile to be forcefully expelled from the firearm.

If you find from your consideration of all the evidence that the government has proven this Supplemental Allegation beyond a reasonable doubt as to the attempted murder you are considering, you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Proven."

If you find from your consideration of all the evidence that the government has failed to prove this Supplemental Allegation beyond a reasonable doubt as to the attempted murder you are considering, then you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Not Proven."

SUPPLEMENTAL INSTRUCTION 6

Because you have found Defendants Blackman and Smith liable for certain first-degree murders, you must determine whether each defendant was 18 years old at the time of the commission of such murders, and is guilty of murdering more than one victim.

If you find from your consideration of all the evidence that the government has proven this Supplemental Allegation beyond a reasonable doubt as to any defendant, you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Proven" as to that defendant.

If you find from your consideration of all the evidence that the government has failed to prove this Supplemental Allegation beyond a reasonable doubt as to any defendant, then you should indicate on the Supplemental Findings form that this Supplemental Allegation is "Not Proven" as to that defendant.

SUPPLEMENTAL INSTRUCTION 7

Supplemental Findings forms have been prepared for you. You will have these forms with you in the jury room.

When you have reached unanimous agreement as to whether each of the Supplemental Allegations are proven or not proven as to a given defendant, your foreperson will fill in, date, and sign the appropriate Supplemental Finding forms. Each of you will also sign it.

Advise the court security officer once you have completed the Supplemental Findings forms.

When all the Supplemental Findings forms are completed, you will return to the courtroom, and my courtroom deputy will read the forms aloud.